```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    TERRELL L. DYSON
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
```

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, | )  NO. Mag. No. 04-156 PAN |
| 14 | Plaintiff, | ) |
| 15 | v. | ) **REQUEST FOR ORDER AND ORDER** <br> ) **EXONERATING BOND** |
| 16 | TERRELL L. DYSON, | ) |
| 17 | Defendant. | ) Judge: Hon. Peter A. Nowinski |
| 18 | | ) |

    On or about July 14, 2004, a $100,000.00 Appearance bond, secured by real property located at 1889 Bridgecreek Drive, Sacramento, CA, by Alice Faye Warren behalf of TERRELL L. DYSON, Mag. No. 04-156 PAN was posted.  Mr. Dyson was arrested in this district based upon an indictment filed in Anchorage Alaska.

    Our office contacted the District Court in Anchorage, Alaska and confirmed that on April 26, 2005 Mr. Dyson was sentenced to 63 month in the custody of Bureau of Prisons and 48 months supervised release.  Mr. Dyson was remanded into the custody of the U.S. Marshals

on April 26, 2005 to begin serving his sentence.

It is hereby requested that the $100,000.00 Secured appearance bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustor the deed of trust received by the Clerk on or about July 14, 2004.

Dated: May 10, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Linda C. Harter

———————————————
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
TERRELL L. DYSON

**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $100,000.00 secured by Ms. Alice Faye Warren is hereby exonerated.

Dated: May 16, 2005

———————————————
PETER A. NOWINSKI
U.S. MAGISTRATE JUDGE

2